# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JOAN BURKE, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>　　Defendant. | Case No. 4:21-cv-00335-RGE-SBJ<br><br>**MOTION FOR ADMISSION<br>PRO HACE VICE** |
| ADELE HETZEL, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>　　Defendant. | Case No. 4:21-cv-00341-RGE-SBJ |
| MARIBEL RAMIREZ, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>MEREDITH COMMUNICATIONS, INC.,<br><br>　　Defendant. | Case No. 4:21-cv-00344-RGE-SBJ |

| | | |
|---|---|---|
| BELINDA POWERS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:21-cv-00350-RGE-SBJ |
| CANDYCE MARTO-MAEDEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:21-cv-00366-RGE-SBJ |
| NORMA GOLDBERGER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:21-cv-00367-RGE-SBJ |

Joseph D. Mornin, a lawyer who is not a member of the bar of this district, moves to appear *pro hac vice* on behalf of Defendant Meredith Corporation in the above-captioned cases and all subsequently-filed related cases.

Joseph D. Mornin is a member in good standing of the bar of California and agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before this court in connection with *pro hac vice* representation in

this case.

      Joseph D. Mornin agrees to comply with the associate counsel requirements of LR 83.1.d.3 by associating with David L. Charles of Belin McCormick, P.C. (Bar No. AT0001440), 666 Walnut Street, Suite 2000, Des Moines, IA 50309, dlcharles@belinmccormick.com, Telephone: (515) 283-4658, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

Dated: December 2, 2021                        Respectfully Submitted,

                                               */s/ Joseph D. Mornin*
                                               Joseph D. Mornin
                                               COOLEY LLP
                                               3 Embarcadero Center, 20th Floor
                                               San Francisco, CA 94111-4004
                                               Telephone: (415) 693-2000
                                               Fax: (415) 693-2222
                                               jmornin@cooley.com

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of December 2021, I caused a true and correct copy of the foregoing to be filed through the Court's CM/ECF System, which will automatically serve the below counsel of record:

J. Barton Goplerud
Gary W. Kendell
SHINDLER, ANDERSON,
GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive
West Des Moines, IA 50265
goplerud@sagwlaw.com
kendell@sagwlaw.com

      I also caused a true and correct copy of the foregoing to be served via electronic mail on the following counsel:

Frank Hedin
Arun G. Ravindran
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
fhedin@hedinhall.com
aravindran@hedinhall.com

Mollie Pawlosky
DICKINSON, MACKAMAN,
TYLER & HAGEN, P.C.
699 Walnut Street, Suite 1600
Des Moines, IA 50309-3986
mpawlosky@dickinsonlaw.com

Thomas L. Laughlin, IV
Joseph P. Guglielmo
Erin Green Comite
Sean T. Masson
Carey Alexander
SCOTT + SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
tlaughlin@scott-scott.com
jguglielmo@scott-scott.com
ecomite@scott-scott.com
smasson@scott-scott.com
calexander@scott-scott.com

                                  */s/ Joseph D. Mornin*
                                  Joseph D. Mornin